IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDR YAKOVLEV,         ) | No. C 07-0933 JF (PR) |
| )  Petitioner,                        ) | JUDGMENT |
| vs.                                        ) | |
| ALBERTO GONZALES, et. al.,  ) | |
| )  Respondents.                   ) | |

    The court has dismissed the instant habeas action without prejudice for petitioner's failure to file a completed in forma pauperis application and failure to advise the court of his current address pursuant to Civil Local Rule 3-11. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/2/2007                    /s/ Ronald M. Whyte
                                     RONALD M. WHYTE
                                       United States District Judge

| | |
|---|---|
| 1 | This is to certify that on _____7/5/2007_____, a copy of this ruling was mailed to the following: |
| 2 | |
| 3 | Aleksandr Yakovlev |
|   | 116482 C-Pod |
| 4 | Yuba County Jail |
|   | P.O. Box 1031 |
| 5 | Marysville, CA  95901 |

Judgment
P:\pro-se\sj.rmw\hc.07\Yakovlev933jud              2